UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLENE DELGADO,

                         Plaintiff,

           -against-

CHAEL SONNEN, et al.,

                         Defendants.

24-CV-1690 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

       Plaintiff brings this action *pro se*. By order dated March 12, 2024, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). ECF No. 4. Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."). However, Plaintiff did not provide Defendants' addresses in her complaint.

       The Court therefore directs Plaintiff, within 30 days of the date of this order, to provide the Court with an address where each Defendant may be served. If Plaintiff does not provide Defendants' addresses within 30 days, or request an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated: March 14, 2024
          New York, New York

                                                        SO ORDERED.

                                                        *Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge