UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARLENE DELGADO,

                Plaintiff,

-against-

CHAEL SONNEN; ANDREW SCHULZ; ALEXXMEDIA,

                Defendants.

24-CV-1690 (JGLC) (JW)

ORDER OF SERVICE

---

JENNIFER E. WILLIS, United States Magistrate Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting state law claims of defamation. By order dated March 12, 2024, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Chael Sonnen, Andrew Schulz, and AlexxMedia through the U.S. Marshals Service, the Clerk of Court is

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail Plaintiff an information package. The Clerk of Court is further instructed to issue summonses for Defendants, complete the USM-285 form with the addresses for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: April 1, 2024
New York, New York

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Chael Sonnen
   2945 Coeur D Alene Dr.
   West Linn, OR 97068

2. Andrew Schulz
   250 W 57th St., Ste 26
   New York, NY 10107

3. Alexx Media
   Stanley Sanders, Registered Agent
   150 50th Avenue, Apt 3701
   Long Island City, NY 11101