**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARLENE DELGADO,

                      Plaintiff,                        **ORDER**

             -against-                    **24-CV-1690 (JGLC) (JW)**

CHAEL SONNEN, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the pending, fully briefed motions to dismiss. Dkt. Nos. 33, 36. The Parties are ordered to appear for in-person oral arguments on the pending motions on **January 23, 2025, at 1:00pm** in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
               January 3, 2025

                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge