**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARLENE DELGADO,

                Plaintiff,                          **ORDER**

    -against-                      **24-CV-1690 (JGLC) (JW)**

CHAEL SONNEN, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Given Plaintiff's mere description of her claims as "defamatory and defamatory per se," the Parties are ordered to file a letter to the Court **by 5:00 PM on Thursday February 13, 2025**. The letters should provide an argument, with caselaw, on whether the claims in this matter (*i.e.*, statements made on a podcast) are governed by libel or slander law. The letters shall not exceed five pages in length.

    SO ORDERED.

DATED:    New York, New York
              February 11, 2025

                                                                               _____
                                                                               JENNIFER E. WILLIS
                                                                               United States Magistrate Judge