UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

CHAEL SONNEN, et al.,

                Defendants.

24-CV-1690 (JGLC) (JEW)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    It has come to my attention that Plaintiff Arlene Delgado was once a client of the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP while I was employed there. Specifically, the firm represented Ms. Delgado in 2017 in a pre-litigation matter involving Jason Miller, President Trump, Sean Spicer, and Reince Preibus. I was an associate of the firm at that time, and I had no involvement in the representation of Ms. Delgado. I also have no particular or confidential knowledge about the events discussed in the above-captioned case. My prior firm's involvement with Ms. Delgado will not impact my ability to consider this matter fairly and impartially. Accordingly, I see no basis for recusal at this time.

    However, if any party wishes to move for my recusal, has additional information that may bear on recusal, or seeks a conference to discuss this matter further, they shall promptly file a letter addressed to this Court by **February 21, 2025**. Any objections to Magistrate Judge Willis's recent Report and Recommendation (ECF No. 62) remain due by **March 4, 2025.**

Dated: February 19, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE

United States District Judge