# HYLAND LAW PLLC

ATTORNEYS AT LAW
11710 PLAZA AMERICA DRIVE, SUITE 160
RESTON, VIRGINIA 20190-4756
(703) 552-4733
FAX (703) 935-0349

TIMOTHY B. HYLAND*
JAMIE M. HERTZ^
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+
JOSEPH M. CREED, OF COUNSELˣ
EILEEN M. O'BRIEN, OF COUNSEL#

* ADMITTED IN VA, DC, MD, NY AND WV
^ ADMITTED IN VA, DC, MD AND FL
# ADMITTED IN MD, DC AND NY
+ ADMITTED IN VA, DC AND MD
§ ADMITTED IN VA AND NY
ˣ ADMITTED IN MD AND DC

> This request is GRANTED. The Clerk of Court is respectfully requested to close Dkt. No. 72. SO ORDERED.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> United States Magistrate Judge
> June 16, 2025

United States District Court for the
   Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Arlene Delgado v. Chael Sonnen, et al.</u>
             Civil Action No. 1:24-cv-1690 (JGLC)

Dear Sir or Madam:

      We are counsel for the plaintiff. Please be advised that the plaintiff withdraws her Request for Clerk's Certificate of Default as to defendant Chael Sonnen (ECF 72).

      Thank you.

                                    Sincerely,

                                    /s/ *Timothy B. Hyland*

                                    Timothy B. Hyland

cc:    Client (by email)
        Claire Rush, Esquire (by ECF)
        Max N. Wellman, Esquire (by ECF)
        John C. Vasquez, Esquire (by ECF)