**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARLENE DELGADO,

Plaintiff,

-against-

CHAEL SONNEN, *et al.*,

Defendants.
-------------------------------------------------------------X

**ORDER**

**24-CV-1690 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant Chael Sonnen's ("Sonnen" or "Defendant") discovery-related requests at Dkt. No. 99 and orders the following:

1. The request for a discovery conference is **GRANTED**. The conference will be held on **December 17, 2026, at 2:30 PM** in courtroom 228 at the Thurgood Marshall Courthouse, located at 40 Foley Square.
2. Since the last conferral was in August, Parties must confer again and attempt to resolve the disputed discovery requests. Plaintiff is warned that an outright refusal to produce documents for relevant requests is not appropriate. This is especially true where Plaintiff has placed the topic(s) of the request at issue.
3. After conferring, and by **December 10, 2026**, Parties shall submit an update to the Court that contains the following:
    a. A brief overview of each Parties' position on the disputes and impasses.
    b. A chart outlining the discovery requests that remain in dispute. This chart should include the Parties' latest positions. That is, Defendant should provide in a column his proposed narrowing (if any) along with his

argument regarding the relevance of the request. In a separate column, Plaintiff must provide her position as well. If she is refusing production or only amenable to a limited scope, the bases for doing so should be articulated with specificity beyond boilerplate objections, e.g., about irrelevance, burden, privilege, or vagueness. To aid the Court's review, ***each*** disputed discovery request shall have its own row, rather than being grouped together by subject matter.

c. Parties' positions regarding the discovery timeline and proposed dates for completion, along with the rationale for this proposal. Defendant's proposed date of April 2, 2027 appears to be excessive to the Court without a more fulsome justification of why a five-month extension from the current deadline is necessary.

4. The request for an extension of discovery is **GRANTED IN PART**. The Court will extend the deadline for discovery to the date of the conference; that is, **December 17, 2026**. During the conference, the Court and Parties will discuss any further extensions after the resolution of pending discovery disputes.

5. The Clerk of Court is respectfully directed to close Dkt. No. 99.

SO ORDERED.

DATED: New York, New York
November 4, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge